UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DANIEL TAYLOR,

    Plaintiff - in pro per,

Vs.                                              Case No. 2:10-cv-10302

SHERMETA, ADAMS &                    Hon. Avern Cohn
VON ALLMEN, P.C.

    Defendant

---

Daniel Taylor                               Michael P. Ashcraft, Jr. (46154)
Plaintiff in Pro Per                    Plunkett Cooney
35639 Rainbow Drive               Attorney for Defendant
Sterling Heights, MI 48312       38505 Woodward Avenue, Suite 2000
(586) 698-2553                      (248) 594-8217

---

## PLAINTIFF'S RESPONSE TO DEFENDANTS' AFFIRMATIVE DEFENSES

NOW COMES Plaintiff, Daniel Taylor, in pro per, and submits the following responses to Defendants' Affirmative Defenses.

    1.    Plaintiff denies Affirmative Defense No. 1.

    2.    Plaintiff denies Affirmative Defense No. 2.

    3.    Plaintiff denies Affirmative Defense No. 3.

    4.    Plaintiff denies Affirmative Defense No. 4.

    5.    Plaintiff denies Affirmative Defense No. 5.

    6.    Plaintiff denies Affirmative Defense No. 6.

7. Plaintiff denies Affirmative Defense No. 7.

8. Plaintiff denies Affirmative Defense No. 8.

9. Plaintiff denies Affirmative Defense No. 9.

10. Plaintiff denies Affirmative Defense No. 10.

11. Plaintiff denies Affirmative Defense No. 11.

12. Plaintiff denies Affirmative Defense No. 12.

13. Plaintiff denies Affirmative Defense No. 13.

14. Plaintiff denies Affirmative Defense No. 14.

_____
DANIEL TAYLOR

# CERTIFICATE OF SERVICE

## PLAINTIFF'S RESPONSE TO
## DEFENDANTS' AFFIRMATIVE DEFENSES

I hereby certify that on **March 23, 2010**, I personally filed the foregoing document. A copy of the foregoing paper was served via United States Mail upon:

Michael P. Ashcraft, Jr. (46154)
Plunkett Cooney
Attorney for Defendant
38505 Woodward Avenue, Suite 2000
(248) 594-8217

*/s/ Daniel Taylor*
Daniel Taylor